UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
RIGOBERTO MARTINEZ ALVAREZ,            )
                                       )     No. C08-1621RSL
             Plaintiff,                )
       v.                              )     ORDER AMENDING CAPTION
                                       )
KING COUNTY DEPARTMENT OF ADULT        )
AND JUVENILE DETENTION, *et al.*,      )
                                       )
             Defendants.               )
_____)

Among the documents received by the Court on August 31, 2009, was a letter identifying the John Doe defendants. Dkt. # 22 at 3. The Court construed this letter as a motion for leave to amend the caption of the complaint and noted it on the calendar for Friday, October 9, 2009. Defendants have not opposed the motion. The Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). Plaintiff's motion is therefore GRANTED.

The Clerk of Court is directed to add Officer T. Bushaw, Officer R. Rusness, Officer S. Whidby, and Sgt. Wheeler in place of the John Doe defendants. The caption of this litigation is hereby amended to:

ORDER AMENDING CAPTION

_____
RIGOBERTO MARTINEZ ALVAREZ,            )
                                  Plaintiff,          )     No. C08-1621RSL
             v.

KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION, OFFICER T. BUSHAW, OFFICER R. RUSNESS, OFFICER S. WHIDBY, and SGT. WHEELER,

                                 Defendants.
_____

Dated this 20th day of October, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER AMENDING CAPTION                   -2-