UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIGOBERTO MARTINEZ ALVAREZ,

        Plaintiff,

    v.

KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION, *et al.*,

        Defendants.

No. C08-1621RSL

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

        This matter comes before the Court on "Defendants' Motion for Summary Judgment." Dkt. # 48. Plaintiff has not opposed defendants' request for judgment and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). Defendants' motion is therefore GRANTED and plaintiff's claims are hereby DISMISSED with prejudice. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff.

        Dated this 2nd day of August, 2010.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR
SUMMARY JUDGMENT